## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMY LEE ALBANO, | ) |
| | ) |
| Plaintiff, | )   15-2017 |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *suing as Carolyn W. Colvin*, | ) |
| | ) |
| Defendant. | ) |

### ORDER

A Report and Recommendation (#15) was filed by Magistrate Judge David G. Bernthal in the above cause on February 19, 2016, recommending that the defendant's motion for summary judgment (#14) be granted, and the plaintiff's motion for summary judgment (#11) be denied. On March 7, 2016, the plaintiff filed an objection (#16) to the Magistrate Judge's Report and Recommendation, asking the court to reject the Report and Recommendation and grant her motion.

The court has thoroughly reviewed Judge Bernthal's well-reasoned Report and Recommendation and the plaintiff's objection thereto, and agrees with the recommendation of the Magistrate Judge.  Therefore, the recommendation of the Magistrate Judge is accepted by the court. See <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1)   The R&R (#15) is accepted by this court.

(2)   The plaintiff's motion for summary judgment (#11) is denied.

(3)   The defendant's motion for summary judgment (#14) is granted.

(4)   This case is terminated.

Entered this 28th day of March, 2016.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE